

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00263-CV

## IN RE BARBARA ANN KLECKA

_____

## Original Proceeding

_____

**From the County Court**
**Coryell County, Texas**
**Trial Court No. 24-408**

## MEMORANDUM OPINION

Relator Barbara Ann Klecka's "Petition for Writ of Mandamus," filed on August 20, 2024, is denied. Relator's "Motion for Emergency Stay Pending This Court's Action on Relator's Petition for Writ of Mandamus," filed on August 21, 2024, is dismissed as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray\*,
    Justice Johnson, and
    Justice Smith
\*(Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed September 19, 2024
[OT06]

